# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**FILED**
April 29, 2019

Lyle W. Cayce
Clerk

No. 18-60490
Summary Calendar

NANCY ELIZABETH SOLIS ROMERO, also known as Nancy E. Solis Romero,

Petitioner

v.

WILLIAM P. BARR, U.S. ATTORNEY GENERAL,

Respondent

Petition for Review of an Order of the
Board of Immigration Appeals
BIA No. A208 143 231

Before DAVIS, GRAVES, and HO, Circuit Judges.

PER CURIAM:*

Nancy Elizabeth Solis Romero, a native and citizen of Honduras, challenges an order of the Board of Immigration Appeals (BIA) affirming the Immigration Judge's (IJ) denial of her application for asylum, withholding of removal, and protection under the Convention Against Torture. Solis Romero claims the IJ's conduct of her removal hearing violated her due process rights. Solis Romero argues that she was denied a full and fair hearing when the IJ:

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 18-60490

failed to admit and review late-filed evidence; breached the "special duty" owed to an unrepresented claimant; afforded too much weight to records of her credible fear interview; and exhibited unconstitutional bias.

Solis Romero did not raise most of these claims with the BIA.  We lack jurisdiction to review them because she failed to exhaust available administrative remedies.  *Omari v. Holder*, 562 F.3d 314, 319 (5th Cir. 2009).  Solis Romero preserved the argument that the IJ owed her a "special duty" because she appeared pro se.  She has not shown any violation of the IJ's duty to develop a factual record without "tak[ing] on the role of an advocate" for an unrepresented alien.  *See In Re J.F.F.*, 23 I. & N. Dec. 912, 922 (B.I.A. 2006).

Accordingly, Solis Romero's petition is DISMISSED IN PART and DENIED IN PART.